CLINTON GRIGGS v. WILLIAM BERTRAM.

November 10, 1980.

Petition for certification granted. (See 175 *N.J.Super.* 501)

DIANA CZEREPUSZKO v. JANNY TAM WONG.

November 10, 1980.

Petition for certification denied.

STATE OF NEW JERSEY v. LAWRENCE ADAIR.

November 10, 1980.

Petition for certification denied.

STATE OF NEW JERSEY v. LAWRENCE ADAIR.

November 10, 1980.

Petition for certification denied.

STATE OF NEW JERSEY v. WALTER SYKES.

November 10, 1980.

Petition for certification denied.